UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIAHAN YU, derivatively on behalf of DRAFTKINGS INC. f/k/a DIAMOND EAGLE ACQUISITION CORP., <br><br> Plaintiff, <br><br> v. <br><br> JASON D. ROBINS, JASON K. PARK, JEFF SAGANSKY, ELI BAKER, SCOTT M. DELMAN, JOSHUA KAZAM, FREDRIC D. ROSEN, SCOTT I. ROSS, MICHAEL GAVIN ISAACS, MATTHEW KALISH, WOODROW H. LEVIN, PAUL LIBERMAN, SHALOM MECKENZIE, JOCELYN MOORE, RYAN R. MOORE, VALERIE MOSLEY, STEVEN J. MURRAY, HANY M. NADA, RICHARD ROSENBLATT, JOHN S. SALTER, HARRY EVANS SLOAN, and MARNI M. WALDEN, <br><br> Defendants, <br><br> and <br><br> DRAFTKINGS INC. f/k/a DIAMOND EAGLE ACQUISITION CORP., <br><br> Nominal Defendant. | Case No.: 1:21-cv-08351-JSR <br><br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a), Plaintiff Jiahan Yu ("Plaintiff") hereby voluntarily dismisses the above-captioned action against all defendants without prejudice. No defendant has filed an answer or moved for summary judgment. Neither Plaintiff nor counsel has received or will receive directly or indirectly any consideration for the dismissal.

Dated: October 13, 2021

THE ROSEN LAW FIRM, P.A.

*/s/ Phillip Kim*
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*Counsel for Plaintiff*

SO ORDERED

_____
USDJ  10-14-21

1